UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DUSTIN H. CARMACK, Individually and as Administrator of the Estate of Kimberlee Jo Carmack,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF INDIANAPOLIS, acting by and through its Metropolitan Police Department;<br>RICK HITE, Individually and in his Official Capacity as Chief of Police,<br>SCOTT ROBINETTE, Individually; and<br>BRIAN MAHONE, Individually,<br><br>Defendants. | 1:14-cv-01885-RLY-DML |

## FINAL JUDGMENT

All claims raised in Plaintiff's Complaint have been resolved by virtue of Defendants' Motions for Summary Judgment. Accordingly, the court enters final judgment in favor of the Defendants and against the Plaintiff, Dustin H. Carmack.

**SO ORDERED** this 17th day of January 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

1

Distributed Electronically to Registered Counsel of Record.